**Name and Prisoner/Booking Number:** Maurice Miles, SR. / Jail #5073383 / Prison #AN1248

**Place of Confinement:** Sacramento County Sheriff's Department

**Mailing Address:** Sacramento County Main Jail / slave plantation / Hostage facility

**City, State, Zip Code:** 651 I Street Sacramento CA. 95814

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**
**SEP 18 2019**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _AMC_ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Maurice Miles, SR. The Poet,
(Full Name of Plaintiff)        Plaintiff,

v.

(1) California Department of Correction - Officer(s) / Jo's
(Full Name of Defendant)

(2) Sacramento County Sheriff Department - deputie(s)

(3) _____

(4) _____

    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** 2:19-cv-1881 CKD (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

"Jury Trial Demanded"

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☑ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

    ☑ Other: Constitutional Law §150(4) Equal Protection of Law, Murgia v. Municipal Court 15 Cal. 3d 281, 540 (1975) Westbrook v. Mihaly (1970) 2 Cal 3d 765 Brady v. Maryland (1963) 373 US 83, Alpek v. Whitley 743 F. 2d 9th Cir (1982), Maxey v. County of Sacramento case# 2:18-cv-02081-TLN-KJN (E.D. Cal).

2. Institution/city where violation occurred: California Department of Correction and/or New Folsom State Prison, Represa, California. And Sacramento County Sheriff Department California.

## B. DEFENDANTS

1. Name of first Defendant: _Daniel C. Garland_. The first Defendant is employed as: _Correctional officer/HCA-EOP Escort_ at _New Folsom State Prison - SAC-EOP_.
   (Position and Title) (Institution)

2. Name of second Defendant: _And other(s)_. The second Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes  ☐ No

2. If yes, how many lawsuits have you filed? _3_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Maurice Niles, SR._ v. _M.D Biter - Warden_
      2. Court and case number: _United States District Court Central CV13-03428 (AS-DDP)_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _due to I was brutally beaten and kidnapped. Because of these "civil cases", I don't know what's going on.... I'm in imminent danger of serious physical injury. - By U.S.A. government criminal agent(s) and/or law enforcement criminal(s). Subversive person(s)._
   
   b. Second prior lawsuit:
      1. Parties: _Maurice Niles, SR._ v. _The People of The State of California_
      2. Court and case number: _United States District Court Central CV14-1063 (AS-DDP)_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _Maurice Niles, SR._ v. _The People of The State of California_
      2. Court and case number: _U.S. District Court Eastern District, 1:14-CV-01006 (SKO)_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _dismissed. But I just sent notice to appeal from this jail on July 29th 2019, which this court should have that notice; unless that notice never made it out of this jail etc._

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

# Name= of All of The defendant=

(1). Daniel C. Garland- employee identification # 1119873 / Post # 256516
Badge # 66530
(Position and Tittle)= HCA EOP Escort / Correctional officer (institution)
New Folsom State Prison / SAC-EOP

(2). Jesse "NMI" Rodriguez- identification # 1111856 / Post # 256516
(Position and Tittle)= A6 floor 2 EOP / Correctional officer (institution)
New Folsom State Prison / SAC EOP

(3). Craig "NMI" Baser- identification # 1119813 / Post # 285358
Badge # 54277
(Position and Tittle)= HCA EOP Escort / Correctional officer (institutional)
New Folsom State Prison / SAC EOP

(4). Gabriel D. Aguilar- identification # 1110743 / Post # 256524
Badge # 73659
(Position and Tittle)= F-A7 floor # 2 / Correctional officer (institution)
New Folsom State Prison / SAC EOP

(5). Garrett A. Coffman- identification # 1100012 / Post # 256530
Badge # 83237
(Position and Tittle)= A Yard officer 1 / Correctional officer (institution)
New Folsom State Prison / SAC EOP

(6). Tyler S. Hanna- identification # 1100388 / Post # 256515
Badge # 84827
(Position and Tittle)= A6 floor officer 1 / Correctional officer (institution)
New Folsom State Prison / SAC EOP

(7). Anthony E. Moore- identification # 1111503 / Post # 245508
Badge # 17833
(Position and Tittle)= A5 floor officer 2 / Correctional officer (institution)
New Folsom State Prison / SAC EOP

(8). D. Rouse Badge # 864
(Position and Tittle)= Intel TSV / Sacramento Sheriff Jailer (institution)
Sacramento County Sheriff department

(9). Henniess- Badge # 802
(Position and Tittle)= Jailer / Sacramento Sheriff Jailer (institution)
Sacramento County Sheriff department

(10). Rubinoff- Badge # 624
(Position and Tittle)= 8 West floor jailer / Sacramento Sheriff (institution)
Sacramento County Sheriff department

(11). Smolich Badge # 109
(Position and Tittle) Sgt / Supervisor / Sacramento Sheriff Jailer (institution)
Sacramento County Sheriff department

(12). Workman- Badge # 72
(Position and Tittle) Sgt. / Supervisor / Sacramento Sheriff Jailer (institution)
Sacramento County Sheriff department

1-A

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: My 1st, 4th, 5th, 6th, 8th and 14th Constitutional Right Violated.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On May 17, 2016 and while peaceably going to the law library at New Folsom State Prison to conduct my legal affairs (prose in the courts regarding my "illegal incarceration" "Appeal")... on a 2012 conviction which I was ultimately found "not guilty" by the jury of counts (1),(2),(3),(4) and (5) see civil cases # CV13-03428 and CV14-1063 etc. I have been a target by "law enforcement" ever since the unlawful shooting by L.A.P.D. in 2011 June 1st where the officers 9mm glock bullet(s) penetrated through innocent civilians homes, screen door etc. L.A.P.D. planted a gun at the scene to justify their unlawful shooting that almost killed me... count (6) which I was convicted. Possession of a gun which I was not in possession of... The officer who arrested me testified under oath that I was not in possession of a gun etc... This was a very serious and intense case... "lies" and deceit. I appeal count (6) in the court prose and filed a civil law suit for 15 million dollars... counts (1) & (2) was the sole reason L.A.P.D. fired their 9mm glock at me. And their dog chewed on me. As I'm going through the appeal process in CDCR prisons the correctional officers are accusing me of assaulting officers with a gun count 3(1182) 245(D)(1) PC. These false accusations are in the CDCR documents I have in my possession. I was at the end stages of my appeal and civil law suit, and I was about to get my victory, October 24th, 2016 - but was intentionally conspired against and brutally attacked and newly falsely charged, and being held hostage by these white conniving KKK Sacramento Sheriff deputies who are also conspiring against me - We have threatened to kill me and my family... and these sheriff Sacramento Superiors are encouraging their subordinates to engage in illegal activity.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I was struck in my left testicle with baton, pounded in my head & face by C/O's, my arms and legs being twisted until I'm unable to use my arms & legs. I was devalued and beaten. I woke up at "UC Davis Hospital". I have no memory of even getting in an ambulance. My left testicle is no longer the same size as the right. Also these Sac Sheriff's has threatened to kill me and my family. They have assaulted me twice on September 1st, 2019 and September 9th, 2019, and conspiring against me for the DA weak case where he intentionally lost & destroyed exculpatory evidence etc.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _1st, 4th, 5th, 6th, 8th And 14th. Constitutional Rights violated_.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Since I been falsily accused and charged by this Sacramento district Attorney and his CDCR investigating team who intentionally lost and destroyed "All" surveillance video footages" That can show and prove my innocence to the jury and show that the correctional officer(s) lied in their "clearly seen inconsistent fabricated report(s) That defies common sense. And the district Attorney understands this - which is why he been prolonging This bogus case for 3 years(s) violating my rights to a fair trial... I been held hostage in This modern day slave plantation since Oct 2016. And have remained disciplinary free until January 30, 2019... I am now being intentionally targeted by these conniving Sacramento sheriff deputy jailers who have threatened to kill me and my family (Ruise and Hennessy)... I have been intentionally assaulted twice by deputy jailer Rubinoff... I have filed so many "grievances" Regarding their constitutional violation(s) but to no avail... Their superiors are KKK sympathizers and Jim Crow establishment... who also envy and despise me due to my spirit, wisdom, talents, and fight for my freedom. Niurgia v. Municipal court 15cal 3d 286(1975). Brady V. Maryland (1963) 373 US 83.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   These conniving Sacramento sheriff jailers continue to keep me in solitary confinement - keeping me from communicating with my son and family in Los Angeles, my life And my family life been Threaten And I been Assaulted and Tazed with a Taze gun on September 9th 2019 see their surveillance camera(s)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 5th, 6th, 8th, and 14th Constitutional Rights violated.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Ever since I dismissed my "ineffective appeal attorney" regarding my "illegal incarceration" since June 1st 2011- The CDCR prison criminal agent(s) and/or correctional officer(s) and administration officials were literally trying to dismantle my legal proceedings in courts. To gain my freedom and recieve justice... They were driven me mad. insane. You would have to really know about prison life to understand the evil under handed things that take place within these administrations... Prison officials obligations; contracts; lively hood, depends on the continuing of prison life. and the prisoners are like: oil, Gold, Diamonds, silver, and uranium. Prison is a multi-billion dollar corporation. The term prison industrial complex is an attempt to sum up the various strategies used by our system of incarceration To enslave and eliminate various populations in our country- and as a side benefit- to create pools of "cheap labor". As scholar and sixties activist "Angela Davis" bluntly put it.. "jails and prisons are designed to break human beings. To covert the population into specimens in a zoo- obedient to our keepers- but dangerous to each other". Berger v. United States (1934) 295 US 78. 88.
   U.S. v. Nixon (1974) 918 U.S. 683, 709.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My appeal to prove my innocence, and my 42 U.S.C. §1983 civil law suit for 15 million was intentionally sabataged. and my freedom to be with my son and family sabataged by U.S.A. government criminal agents.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

THAT "EACH" OF THESE U.S.A GOVERNMENT LAW ENFORCEMENT AND/OR AGENT(S) PAY ME $350,000 # FOR PAIN AND SUFFERING AND MENTAL DISTRESS. AND THAT THIS 42 U.S.C §1983 CIVIL LAW SUIT REMAIN IN THEIR PROFESSIONAL FILES FOR 10 YEARS. AND THAT NO RETALIATION BE BROUGHT AGAINST ME OR MY FAMILY FOR FILING THIS LAW SUIT. AND I W AIT THE CORPORATION (S) OF THESE DEFENDANT(S) TO PAY ME $1, MILLION # FOR PAIN AND SUFFERING AND MENTAL DISTRESS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-11-19
            DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

Admitted

2o

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

#127

| PATIENT NAME Miles | CDC NUMBER AM1248 | INSTITUTION SAC |
|---|---|---|
| DATE OF BIRTH 1/24/80 | EPRD DATE 10/24/16. | GENDER M |
| PRINCIPLE DIAGNOSIS: r/o facial fx / head injury | ICD-9 CODE | CPT CODE(S) |
| REQUESTED SERVICE(S) ED | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* **Diagnostic Procedure/Consultation**   **Outpatient**/Inpatient   **Initial**/Follow-up

Requested Treatment/Service is: **EMERGENT**   URGENT   ROUTINE

*For the purpose of retrospective review, if emergent or urgent, please justify:* ____

Proposed Provider: Code 2 to UCD      Anticipated Length of Stay: ____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): ____

Medical Necessity *(briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* Sent out to UCD, after sustaining facial injuries during altercation. 5/17/16. admitted at UCD.

Estimated time for service delivery, recovery, rehabilitation and follow-up: ____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): ____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): ____

| REQUESTING PHYSICIAN PRINTED NAME [signature] PA | APPROVED / AUTHORIZED / DENIED / DEFERRED BY [signature] | DATE 5/25/16 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | DATE 5/19/16 | Utilization management tracking #: SAC-5/16-10?864 |

| DATE OF CONSULTATION | PRINTED NAME OF CONSULTANT |
|---|---|

FINDINGS: ____

RECOMMENDATIONS: ____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: ____

| CONSULTANT SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

MAY 23 2016

**PHYSICIAN REQUEST FOR SERVICES (RFS)**   CDC 7243 (Rev. 11/02)

Confidential Saved 2016-06-06T22:20:53Z

Med Return AM1248

# UCDAVIS
# HEALTH SYSTEM

**Maurice 9Sh Miles #***
**Summary of Care- Please bring this document to your next scheduled doctors appointment.**

MRN: **7165575**
Description: **36 year old male**

## Discharge Note

| Start | | Ordered |
|---|---|---|
| 05/23/16 0000 | **DISCHARGE NOTE** [153097077]<br>Comments: Reason for Admission:<br>Rhabdomyolysis<br>Orbital hematomas<br>Scattered abrasions over bilat. Upper ext and lower ext<br><br>Outcome of hospitalization including significant findings, procedures performed / treatment rendered, and any complications: none | 05/23/16 0925 |
| 05/23/16 0000 | **COMPLICATIONS DURING ADMISSION** [153097079]<br>Question: Complication(s) During Admission: Answer: None | 05/23/16 0925 |
| 05/23/16 0000 | **CONDITION AT DISCHARGE** [153097080]<br>Question: Condition at Discharge: Answer: Stable | 05/23/16 0925 |
| 05/23/16 0000 | **DISCHARGE DISPOSITION** [153097081]<br>Question: Discharge To: Answer: Home | 05/23/16 0925 |

## Patient Demographics

| Race | Ethnicity | Preferred Language | | |
|---|---|---|---|---|
| African American or Black | Not Hispanic or Latino | ENGLISH | | |

## Hospital Problem List

| | Priority | Class | Noted | POA |
|---|---|---|---|---|
| * (Principal)Altered mental status, unspecified altered mental status type | | | 5/17/2016 | Unknown |
| Traumatic orbital hematoma, unspecified laterality, initial encounter | | | 5/17/2016 | Unknown |
| Blunt head trauma, initial encounter | | | 5/17/2016 | Unknown |
| Altered mental status | | | 5/17/2016 | Unknown |

## Non-Hospital Problem List
None

## Current Discharge Medication List

Miles #*, Maurice 9Sh (MRN 7165575) DOB: 01/24/1980

Med Return AM1248

## Current Discharge Medication List (continued)

| START taking these medications | | |
|---|---|---|
| Medication | Last dose taken | Next dose due |
| **Bacitracin 500 unit/g Topical Ointment**<br>Apply to the affected area 2 times daily.<br>Qty: 28 g | [ ] | [ ] |
| **ClonazePAM (KLONOPIN) 0.5 mg Tablet Tablet**<br>Take 2 tablets by mouth 2 times daily. | [ ] | [ ] |
| **Divalproex (DEPAKOTE) 125 mg Delayed Release Tablet**<br>Take 6 tablets by mouth 2 times daily.<br>Qty: 90 tablet     Refills: 11 | [ ] | [ ] |
| **Docusate (COLACE) 100 mg Capsule**<br>Take 1 capsule by mouth 2 times daily.<br>Qty: 60 capsule     Refills: 11 | [ ] | [ ] |
| **Hydrocodone 7.5 mg-Acetaminophen 325 mg/15 mL (HYCET) 7.5-325 mg/15 mL Solution**<br>Take 10-20 mL by mouth every 4 hours if needed for pain.<br>Qty: 480 mL | [ ] | [ ] |
| **!! Olanzapine (ZYPREXA ZYDIS) 10 mg Disintegrating Tablet Rapid Dissolve Tablet**<br>Take 1 tablet by mouth 2 times daily.<br>Qty: 60 tablet     Refills: 11 | [ ] | [ ] |
| **!! Olanzapine (ZYPREXA ZYDIS) 5 mg Disintegrating Tablet Rapid Dissolve Tablet**<br>Take 1 tablet by mouth every 6 hours if needed (agitation). | [ ] | [ ] |
| **Polyethylene Glycol 3350 (MIRALAX) 17 gram Powder**<br>Take 1 packet by mouth every morning. Mix in 4 to 8 oz of water, soda, coffee, juice or tea.<br>Qty: 14 packet     Refills: 3 | [ ] | [ ] |

!! Potential duplicate medications found. Please discuss with provider.

### Allergies as of 5/23/2016                                                                                          Reviewed on: 5/18/2016
No Known Allergies

### Immunizations                                                                                                                 Never Reviewed
No immunizations on file.

### Results

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| BASIC METABOLIC PANEL [153077695] (Abnormal) | | | | Collected: 05/23/16 0545 |
| Lab Status: Edited Result - FINAL | | | | Updated: 05/23/16 0706 |
| | SODIUM | 137 | 135 - 145 mEq/L | |
| | POTASSIUM | 4.3 | 3.3 - 5.0 mEq/L | |
| | CHLORIDE | 100 | 95 - 110 mEq/L | |
| | CARBON DIOXIDE TOTAL | 27 | 24 - 32 mEq/L | |
| | UREA NITROGEN, BLOOD (BUN) | 15 | 8 - 22 mg/dL | |
| | CREATININE BLOOD | 0.99 | 0.44 - 1.27 mg/dL | |
| | E-GFR, AFRICAN AMERICAN | >60 | >60 SEE NOTE | |

Miles #*, Maurice 9Sh (MRN 7165575) DOB: 01/24/1980

**Results (continued)**

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| | E-GFR, NON-AFRICAN AMERICAN | >60 | >60 SEE NOTE | |
| | GLUCOSE | 108 (H) | 70 - 99 mg/dL | |
| | CALCIUM | 8.9 | 8.6 - 10.5 mg/dL | |
| **CREATINE KINASE [153080489] (Abnormal)** | | | | Collected: 05/23/16 0545 |
| Lab Status: Final result | | | | Updated: 05/23/16 0706 |
| | CREATINE KINASE | 2870 (H) | 0 - 250 U/L | |
| **CREATINE KINASE [153080488] (Abnormal)** | | | | Collected: 05/22/16 2328 |
| Lab Status: Final result | | | | Updated: 05/23/16 0031 |
| | CREATINE KINASE | 3409 (H) | 0 - 250 U/L | |
| **CREATINE KINASE [153062340] (Abnormal)** | | | | Collected: 05/22/16 1745 |
| Lab Status: Final result | | | | Updated: 05/22/16 1901 |
| | CREATINE KINASE | 4374 (H) | 0 - 250 U/L | |
| **CREATINE KINASE [153062338] (Abnormal)** | | | | Collected: 05/22/16 1130 |
| Lab Status: Final result | | | | Updated: 05/22/16 1259 |
| | CREATINE KINASE | 5070 (H) | 0 - 250 U/L | |
| **CREATINE KINASE [153052692] (Abnormal)** | | | | Collected: 05/22/16 0440 |
| Lab Status: Final result | | | | Updated: 05/22/16 0708 |
| | CREATINE KINASE | 7491 (H) | 0 - 250 U/L | |
| **BASIC METABOLIC PANEL [153052694] (Abnormal)** | | | | Collected: 05/22/16 0440 |
| Lab Status: Edited Result - FINAL | | | | Updated: 05/22/16 0708 |
| | SODIUM | 142 | 135 - 145 mEq/L | |
| | POTASSIUM | 4.0 | 3.3 - 5.0 mEq/L | |
| | CHLORIDE | 104 | 95 - 110 mEq/L | |
| | CARBON DIOXIDE TOTAL | 26 | 24 - 32 mEq/L | |
| | UREA NITROGEN, BLOOD (BUN) | 12 | 8 - 22 mg/dL | |
| | CREATININE BLOOD | 1.04 | 0.44 - 1.27 mg/dL | |
| | E-GFR, AFRICAN AMERICAN | >60 | >60 SEE NOTE | |
| | E-GFR, NON-AFRICAN AMERICAN | >60 | >60 SEE NOTE | |
| | GLUCOSE | 60 (L) | 70 - 99 mg/dL | |
| | CALCIUM | 8.7 | 8.6 - 10.5 mg/dL | |
| **CREATINE KINASE [153052691] (Abnormal)** | | | | Collected: 05/21/16 2245 |
| Lab Status: Final result | | | | Updated: 05/22/16 0012 |
| | CREATINE KINASE | 7777 (H) | 0 - 250 U/L | |
| **CREATINE KINASE [153037459] (Abnormal)** | | | | Collected: 05/21/16 1628 |
| Lab Status: Final result | | | | Updated: 05/21/16 1747 |
| | CREATINE KINASE | 11067 (H) | 0 - 250 U/L | |
| **CREATINE KINASE [153037458] (Abnormal)** | | | | Collected: 05/21/16 1013 |
| Lab Status: Final result | | | | Updated: 05/21/16 1127 |

Med Return AM1248

Med Return AM1248

Miles #*, Maurice 9Sh (MRN 7165575) DOB: 01/24/1980

**Results (continued)**

| Procedure | Component | Value | Ref Range | Date/Time |
|---|---|---|---|---|
| | CREATINE KINASE | 12600 (H) | 0 - 250 U/L | |
| **CREATINE KINASE [153026957]  (Abnormal)** <br> Lab Status: Final result | | | | Collected: 05/21/16 0430 <br> Updated: 05/21/16 0724 |
| | CREATINE KINASE | 15792 (H) | 0 - 250 U/L | |
| **BASIC METABOLIC PANEL [153026958]** <br> Lab Status: Edited Result - FINAL | | | | Collected: 05/21/16 0430 <br> Updated: 05/21/16 0724 |
| | SODIUM | 141 | 135 - 145 mEq/L | |
| | POTASSIUM | 4.2 | 3.3 - 5.0 mEq/L | |
| | CHLORIDE | 109 | 95 - 110 mEq/L | |
| | CARBON DIOXIDE TOTAL | 26 | 24 - 32 mEq/L | |
| | UREA NITROGEN, BLOOD (BUN) | 10 | 8 - 22 mg/dL | |
| | CREATININE BLOOD | 0.95 | 0.44 - 1.27 mg/dL | |
| | E-GFR, AFRICAN AMERICAN | >60 | >60 SEE NOTE | |
| | E-GFR, NON-AFRICAN AMERICAN | >60 | >60 SEE NOTE | |
| | GLUCOSE | 98 | 70 - 99 mg/dL | |
| | CALCIUM | 8.8 | 8.6 - 10.5 mg/dL | |
| **CREATINE KINASE [152978805]  (Abnormal)** <br> Lab Status: Final result | | | | Collected: 05/20/16 1520 <br> Updated: 05/20/16 1801 |
| | CREATINE KINASE | 22227 (H) | 0 - 250 U/L | |
| **BASIC METABOLIC PANEL [152978264]  (Abnormal)** <br> Lab Status: Edited Result - FINAL | | | | Collected: 05/20/16 0859 <br> Updated: 05/20/16 1130 |
| | SODIUM | 137 | 135 - 145 mEq/L | |
| | POTASSIUM | 4.1 | 3.3 - 5.0 mEq/L | |
| | CHLORIDE | 101 | 95 - 110 mEq/L | |
| | CARBON DIOXIDE TOTAL | 27 | 24 - 32 mEq/L | |
| | UREA NITROGEN, BLOOD (BUN) | 9 | 8 - 22 mg/dL | |
| | CREATININE BLOOD | 0.94 | 0.44 - 1.27 mg/dL | |
| | E-GFR, AFRICAN AMERICAN | >60 | >60 SEE NOTE | |
| | E-GFR, NON-AFRICAN AMERICAN | >60 | >60 SEE NOTE | |
| | GLUCOSE | 114 (H) | 70 - 99 mg/dL | |
| | CALCIUM | 8.5 (L) | 8.6 - 10.5 mg/dL | |
| **CREATINE KINASE [152978804]  (Abnormal)** <br> Lab Status: Final result | | | | Collected: 05/20/16 0859 <br> Updated: 05/20/16 1130 |
| | CREATINE KINASE | 23698 (H) | 0 - 250 U/L | |

**Most Recent Vitals**

Med Return AM1248

| Joyce Veneracion Colobong, NP | PA/NP | Cosign Needed | (A) Trauma Surgery | Discharge Summaries | 05/23/16 0927 |

## TRAUMA DISCHARGE SUMMARY

| Date of Admission: | 5/17/2016 1:09 PM | Date of Discharge | 5/23/2016 |
|---|---|---|---|
| Admitting Service: | TRM Blue | Discharging Service: | (A) Trauma Surgery |
| Attending Physician at time of Discharge: | James W Holcroft, MD | | |

**Discharge Diagnosis:**
**Patient Active Problem List**
Diagnosis
- Altered mental status, unspecified altered mental status type
- Traumatic orbital hematoma, unspecified laterality, initial encounter
- Blunt head trauma, initial encounter
- Altered mental status

**Medications at time of Discharge:**
**Current Discharge Medication List**

**START taking these medications**

| | Details |
|---|---|
| Bacitracin 500 unit/g Topical Ointment | Apply to the affected area 2 times daily. Qty: 28 g |
| ClonazePAM (KLONOPIN) 0.5 mg Tablet Tablet | Take 2 tablets by mouth 2 times daily. |
| Divalproex (DEPAKOTE) 125 mg Delayed Release Tablet | Take 6 tablets by mouth 2 times daily. Qty: 90 tablet, Refills: 11 |
| Docusate (COLACE) 100 mg Capsule | Take 1 capsule by mouth 2 times daily. Qty: 60 capsule, Refills: 11 |
| Hydrocodone 7.5 mg-Acetaminophen 325 mg/15 mL (HYCET) 7.5-325 mg/15 mL Solution | Take 10-20 mL by mouth every 4 hours if needed for pain. Qty: 480 mL |
| !! Olanzapine (ZYPREXA ZYDIS) 10 mg Disintegrating Tablet Rapid Dissolve Tablet | Take 1 tablet by mouth 2 times daily. Qty: 60 tablet, Refills: 11 |
| !! Olanzapine (ZYPREXA ZYDIS) 5 mg Disintegrating Tablet Rapid Dissolve Tablet | Take 1 tablet by mouth every 6 hours if needed (agitation). |
| Polyethylene Glycol 3350 (MIRALAX) 17 gram Powder | Take 1 packet by mouth every morning. Mix in 4 to 8 oz of water, soda, coffee, juice or tea. Qty: 14 packet, Refills: 3 |

!! - Potential duplicate medications found. Please discuss with provider.

Med Return AM1248

| | Catheter related bloodstream infection
| | PE
| | Initially missed extremity compartment syndrome

**Reason for Admission and Brief HPI:**

Maurice 9Sh Miles is a 36yr-old man admitted for multifactorial reasons on 5/17/2016 status post assault with altered mental status and transferred directly from prison.

**Hospital Course:**

Admitted to the TACS on 5/17/2016. Please see admission H&P and all relevant progress notes. The patient's hospital course by injury or issue has been:

- Suspected head injury : High risk for injury. Evaluated with CT imaging which showed no fx or ICH. Seen by speech therapy for cognitive function. They have recommended distant supervision at time of discharge. The patient will be discharged to prison

- Facial injury: Patient found to have bilateral orbital and periorbital hematoma injuriesFor this the ophthalmology service was consulted. Non-surgical. He is to f/u in 3-4 weeks with an ophthalmologist. If patient develops and is bothered by diplopia due to restricted motility of the right eye, may patch the eye temporarily to alleviate symptoms.

-Rhabdomyolysis: Patient with increased CK on admission. Fluids and mannitol have been given with decrease in CK. Creatinine stable. Currently on regular diet and fluids d/ced.

Agitation: Psychiatry was consulted and he was started on medications for psychotic disorder. He should f/u with a psychiatrist when discharged.

- DVT prophylaxis: SCDs and LMWH were provided while in house. The patient will not be placed on ppx at time of discharge.

-- Multiple abrasions and contusions: The patient sustained abrasions and contusions as a result of their mechanism of injury. The wounds have been treated and have shown no evidence of infection.

Disposition: Medically stable for discharge to prison.

**Vital Signs:**
Current Vitals
Temp: 37.5 °C (99.5 °F) | BP: (!) **151/91 mmHg** | Pulse: 99 | Resp: 16 | SpO2: 99 % | Flow (L/min): 3 |
Weight: 72.893 kg (160 lb 11.2 oz)

***CONDITION AT DISCHARGE***
Condition at Discharge:   Stable

***DISCHARGE DISPOSITION***
Discharge To:           Home

**Discharge Instructions:**

***DISCHARGE ACTIVITY RESTRICTIONS***
Discharge Activity Restrictions:   No restrictions

**Recommended Follow Up Appointments:**