UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MILES, SR., | No. 2:19-cv-01881-MCE-CKD P |
| Plaintiff, | |
| v. | ORDER |
| DANIEL GARLAND, et al., | |
| Defendants. | |

      Plaintiff, a former state inmate currently in county custody, is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 26, 2021, the court stayed this matter for 120 days for the purpose of scheduling a settlement conference. ECF No. 51. However, the stay was lifted on May 24, 2021 due to difficulties in scheduling a Zoom video conference at the local facility where plaintiff is in custody. ECF No. 54. Since that time, the court has been advised that video conferencing scheduling is available at the Sacramento County Main Jail. Therefore, the court deems it appropriate to facilitate a Zoom video settlement conference at this time.

      Within thirty days from the date of this order, the assigned Deputy Attorney General shall contact the court's Alternative Dispute Resolution Coordinator, Sujean Park Castelhano, at (916) 930-4278, to schedule the settlement conference. If difficulties arise in scheduling the settlement conference due to the court's calendar, the parties may seek an extension of the initial 120 day

1

stay.

Once the settlement conference is scheduled, at least seven days prior to conference, the parties shall submit to the assigned settlement judge a confidential settlement conference statement. The parties' confidential settlement conference statement shall include the following: (a) names and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts made to investigate the allegations; and (e) a discussion of the efforts that have been made to settle the case; and (f) any documents which have not already been filed with the court and which may be relevant to resolution of this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The discovery deadlines set by order of May 24, 2021 (ECF No. 54) are hereby vacated.
2. This action is stayed for 120 days to allow the parties an opportunity to settle their dispute before a responsive pleading is filed, or the discovery process begins. Except as provided herein or by subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action. The parties shall not engage in formal discovery, but the parties may elect to engage in informal discovery.
3. Defendants shall file any motion to opt out of the Post-Screening ADR Project no more than sixty days from the date of this order.
4. Within thirty days from the date of this order, the assigned Deputy Attorney General shall contact this court's Alternative Dispute Resolution Coordinator, Sujean Park Castelhano, at (916) 930-4278, to schedule the settlement conference.
5. At least seven days prior to the settlement conference, each party shall submit a confidential settlement conference statement, as described above, to the judge assigned for settlement.
6. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

| | |
|---|---|
| 1 | 7. The parties remain obligated to keep the court informed of their current address at all |
| 2 | times during the stay and while the action is pending. Any change of address must be |
| 3 | reported promptly to the court in a separate document captioned for this case and entitled |
| 4 | "Notice of Change of Address." <u>See</u> L.R. 182(f). |

Dated: June 2, 2021

                                                        */s/ Carolyn K. Delaney*
                                                       CAROLYN K. DELANEY
                                                       UNITED STATES MAGISTRATE JUDGE

12/mile1881.ADR.2nd.docx