UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MILES, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL GARLAND, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-01881-MCE-CKD P<br><br><br>ORDER |

　　On July 13, 2021 defendants filed a motion to revoke plaintiff's in forma pauperis status. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: September 1, 2021

　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/mile1881.46osc.docx