UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MILES, SR.,<br><br>   Plaintiff,<br><br>   v.<br><br>DANIEL GARLAND, et al.,<br><br>   Defendants. | No. 2:19-cv-01881-MCE-CKD P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. By order dated December 8, 2021, the court dismissed this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure based on plaintiff's failure to prosecute. ECF No. 68. On July 13, 2022, plaintiff filed a motion to reopen his case. ECF No. 73. The court construes plaintiff's motion as a Rule 60(b) motion for relief from the judgment in this case. ECF No. 73. In his motion, plaintiff contends that his 2011 criminal prosecution in Los Angeles County was obtained through the use of perjured testimony. ECF No. 63.

The legal grounds for setting aside a judgment pursuant to Rule 60(b) include "mistake, inadvertence, surprise, or excusable neglect"; newly discovered evidence, or fraud. Fed. R. Civ. P. 60(b)(1)-(3). A judgment may also be set aside if it is void or has been satisfied. Fed. R. Civ. P. 60(b)(4),(5). A Rule 60(b) motion must be made "with a reasonable time-and for reasons (1),

(2), and (3) no more than a year after the entry of the judgment….” Fed. R. Civ. P. 60(c)(1).

The court has reviewed plaintiff's motion and finds that it does not establish any mistake, newly discovered evidence, or fraud that relates to this civil rights action.  Based on this court's screening order of March 19, 2021, this case concerned Eighth Amendment excessive force claims against six correctional officers at California State Prison-Sacramento.  ECF No. 43.  Events related to plaintiff's 2011 criminal prosecution and conviction are not relevant in this civil rights action.  Therefore, plaintiff has not met his burden of establishing the availability of Rule 60(b) relief.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to reopen his case (ECF No. 73) is denied.

Dated:  August 12, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mile1881.60(b).docx