UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE MILES, SR., | No. 2:19-cv-01881-MCE-CKD |
| Plaintiff, | |
| v. | ORDER |
| DANIEL GARLAND, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 24, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 85.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 24, 2023, are ADOPTED in full.

2. Plaintiff's motion to reopen his case, construed as a Rule 60(b) motion, is DENIED. ECF No. 73.

3. All pending motions are DENIED as moot.  ECF No. 87.

4. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated:  March 8, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE